# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**OMAR ABRAMS**,
    Plaintiff,

  v.               **CASE NUMBER: 6:12-CV-1701 (GTS/TWD)**

**SEARS ROEBUCK AND CO.**,
    Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Magistrate Judge Dancks' Report and Recommendation (dkt. no. 11) is ACCEPTED and ADOPTED in its entirety. It is further ORDERED that Plaintiff's Amended Complaint (dkt. no. 8) is DISMISSED without further leave to amend.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 24th day of February, 2014.

DATED: February 25, 2014

_Lawrence K. Baerman_
Clerk of Court

By: s/ Nicole Killius
    Deputy Clerk